# EXHIBIT A

# LETTER OF INTENT TO SUE

Effective Date: 12/01/2025

**RE: Notice of Intent to File Lawsuit**

Dear Office of General Counsel ,

This letter of intent to sue shall serve as a formal notice that Freddie Lee Anderson intends to commence a lawsuit against you due to the following: False Police Report, Defamation of Character, Mental Anguish, Hostile Environment In Public Environment In a Atlanta, Georgia VA Hospital Cafeteria. Please read attached Document Letters for Termination and Exhibits 1 - 8.

**I. The Plaintiff.** Freddie Lee Anderson (the "Plaintiff").

**II. The Defendant.** Angelyn McCrory, D. Barnes (the "Defendant"). *Secretary of Veterans Affair, Douglas A. Colli.*

**III. Settlement Demand.** As a result of your actions, the Plaintiff seeks relief in the form of:

☒ - Payment in the amount of Certified Check Dollars ($15,000.00 )

☒ - Other: Termination of Ms. Angelyn McCrory, Veteran Experience Office, Atlanta VA

This offer to cure and/or settle this matter outside of court and avoid a lawsuit is valid for 30 days from the Effective Date.

**IV. Governing Law.** This Letter of Intent shall be governed under the laws of the State of Freddie Lee Anderson *GEORGIA, DEKALB COUNTY.*

Sincerely,

Freddie Lee Anderson, *Phone # 404-823-2251, Email! ANDERSONF2008@yahoo.com*

*Freddie L. Anderson, Pro Se*

DEC 16 2025

MENU

VA (http://www.va.gov/) » Office of General Counsel (/OGC/index.asp) » Offices of Chief Counsel in the Districts

# Office of General Counsel

## Offices of Chief Counsel in the Districts

Click here to learn about opportunities within OGC (/OGC/Opportunities.asp)

| District / States | Chief Counsel | Phone Number | Address |
|---|---|---|---|
| **Continental District**<br><br>AR, CO, LA, MS, MT, OK, TX, UT, WY | Michael Anfang | (303) 914-5810 | (Standard Mail)<br>Office of Chief Counsel (02)<br>P.O. Box 25126<br>Denver, CO 80225<br><br>Office of Chief Counsel (02)<br>155 Van Gordon, Suite 551<br>Lakewood, CO 80228 |
| **Midwest District**<br><br>IA, IN, IL, KS, MI, MN, MO, ND, NE, OH, SD, WI | Dennis McGuire (Columbus) | (614) 388-7039 | Office of Chief Counsel<br>441 Wolf Ledges Parkway<br>Suite 403<br>Akron, Ohio 44311 |
| **North Atlantic District**<br><br>CT, DC, DE, MA, ME, MD, NC, NH, NJ, NY, PA, RI, VA, VT, WV | Dan Rattray (Winston-Salem) | (336) 631-5014 | Office of Chief Counsel (02)<br>251 North Main Street<br>Winston-Salem, North Carolina 27155 |
| **Pacific District**<br><br>AK, AZ, CA, HI, ID, NM, NV, OR, WA, Pacific Territories, Manila RP | (Acting) Michael Anfang | (602) 212-2091 | Office of Chief Counsel (644/200)<br>650 E. Indian School Rd., Bldg. 24<br>Phoenix, AZ 85012 |
| **Southeast District**<br><br>AL, FL, GA, KY, PR, SC, TN, USVI | Tammy Kennedy (Nashville) | (404) 929-5851 | Office of Chief Counsel<br>VA Regional Office<br>3322 West End Avenue, Suite 509<br>Nashville, TN 37203 |

Learn what the PACT Act means for your VA benefits (https://www.va.gov/resources/the-pact-act-and-



your-va-benefits)
# OGC District Chief Counsels

★ = Physical Location of Sitting Chief Counsel

return to top ▲

## RESOURCES

Administrative Investigations (/ogc/investigations.asp)

Accreditation (/ogc/accreditation.asp)

Chief Counsels in the Districts (/OGC/DistrictOffices.asp)

Claims Under the FTCA (/OGC/FTCA.asp)

Gifts to VA (/OGC/GiftsToVA.asp)

HIPAA Information (/ogc/hipaa.asp)

Legal Help for Veterans (/OGC/LegalServices.asp)

Precedent Opinions (/ogc/precedentopinions.asp)

Privacy Act System of Records (https://department.va.gov/privacy/system-of-records-notices/)

OGC Opportunities (/OGC/Opportunities.asp)

VA Medical Care Recovery (/OGC/Collections.asp)
**Learn what the PACT Act means for your VA benefits (https://www.va.gov/resources/the-pact-act-and-**

38 U.S.C. § 3683 Waiver Requests (/OGC/38_USC_3683.asp) **your-va-benefits**)

Approved 38 U.S.C. § 3683 Waivers (/OGC/38_USC_3683_Approved.asp)

Ethics Contact Officials (http://www.va.gov/OGC/docs/Ethics/VA_Ethics_Officials_Contacts.pdf)

Touhy Requests (/OGC/TouhyRequests.asp)

## CONNECT WITH US

Subscribe to Receive
Email Updates

| Email Address | **Signup** |

Benefits:
1-800-827-1000

Health Care:
1-877-222-VETS (8387)

VA Inspector General: 1-800-488-8244

Veterans Crisis Line: 1-800-273-8255 Press 1

## SHARE

 Facebook  Twitter  Blog  YouTube  Flickr

(http://www.facebook.com/...VeteransAffairs)

**Learn what the PACT Act means for your VA benefits (https://www.va.gov/resources/the-pact-act-and-**

*AMMENDED*

# MAGISTRATE COURT OF DEKALB COUNTY
## DEKALB COUNTY COURTHOUSE

Case No. 25M21518    Date Filed: 12/1/25

Cost: _____    Service Fee: ~~70.00~~ 54

PLAINTIFF: *FREDDIE LEE ANDERSON*
*1438 GREENRIDGE TRAIL*
*LITHONIA, GA 30058*
(Name and Address)

DEFENDANT: *DOUGLAS A. COLLINS,*
*SECRETARY OF VETERANS AFFAIRS*
*810 VERMONT AVE; NW, WASHINGTON D.C*
*20420*
(Name and Address)

## STATEMENT OF CLAIM

☐ Suit on a Note     ☐ Suit on Account     ☑ Other (Explain) *FALSE POLICE REPORT, DEFAMATION*
*OF CHARACTOR, MENTAL ANGUISH*
*HOSTALEENED/UNSAFE/VS IN PUBLICK*
*ENVIRONMET IN VA HOSPITAL CAFETERIA*

1. The Court has jurisdiction over the Defendant.

2. Plaintiff says the defendant is indebted to the plaintiff as follows:

*DEFENDANT, ANGELYN MCCRORY KNOWINGLY GAVE completely FALSE POLICE REPORT TO DEFENDANT. Mr. DONALD BARNES, ACTING CHIEF OF VA POLICE AT VA HOSPITAL ON CLAIRMONT ROAD, DECATUR, GA. Mr. DONALD BARNES APPROCH PLAINTIFF, WITH OUT IDENTIFING HIMSELF IN PLAIN CLOTHING IN VA HOSPITAL CAFETERIA on AUGUST 9, 2025 By FOLLOWING PLAINTIFF TO HIS SETTING LOCATION WHEN ASKED BY PLAINTIFF, "TO PLEASE LEAVE HIM ALONE", AGAIN WITHOUT IDENTIFING HIMSELF WHICH ALMOST CAUSE PLAINTIFF TO HAVE BECOME DEFENSIVE WITH MENTAL ANGUISH THAT WAS CAUSE IMPPAT BY Mr. ANGELYN MCCRORY. EXHIBIT ATTACH*

That said claim is in the amount of $ *15,000* plus $ *124.00* cost to date; and all future costs of this suit.

**State of Georgia, DeKalb County:**

*FREDDIE L. ANDERSON* being duly sworn on oath, says the foregoing is a just and true statement of the plaintiff and claim made by plaintiff against defendant, exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me
this *1st* day of *December*, *25*.

_____
*B. Smith*
Notary Public or Attesting Officer

_____
(Agent for Plaintiff)
ANDERSON*FLODD2@YAHOO.COM*
(If agent, title/capacity)
*404-823-0251*
Phone Number

☐ Afternoon Trial     ☐ Evening Trial

## NOTICE OF SUMMONS

TO  *ANGELYN MCCRORY*
*Mr. DONALD BARNES*

You are hereby notified that *FREDDIE L. ANDERSON* has made and filed a claim and is asking for judgement against you in the sum of *$15,000* dollars ($ *15,000* ), as shown by the foregoing statement. YOU ARE REQUIRED TO FILE AN ANSWER TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. FILE YOUR ANSWER, 2ND FLOOR, SUITE 230, ADMINISTRATIVE TOWER, DEKALB COUNTY COURTHOUSE, 556 N. McDONOUGH STREET, DECATUR, GEORGIA 30030.

The court will hold a hearing upon this claim at a time to be set after your answer is filed. If you have witnesses, book receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing. If you wish to have witnesses summoned, see the court at once for assistance.

If you have any claim against the plaintiff, you should notify the court at once. If you admit the claim, but desire additional time to pay, you must come to the hearing in person and state the circumstances to the court.
You may come with or without an attorney.

By: *B. Smith*
Deputy Clerk
Magistrate Court, DeKalb County

statementofclaim3/2024

## MAGISTRATE COURT OF DEKALB COUNTY
DEKALB COUNTY COURTHOUSE

Case No. 25M215LY

Date Filed: 12/1/25

PLAINTIFF: FREDDIE LEE ANDERSON
1438 GREENRIDGE TRAIL
LITHONIA, GA 30058
(Name and Address)

DEFENDANT: ANGELYN MCCRORY
& Mr. DONALD BARNES 1670
CLAIRMONT Road, DECATUR, GA 30033
(Name and Address)

### STATEMENT OF CLAIM

☐ Suit on a Note    ☐ Suit on Account    ☒ Other (Explain)  FALSE POLICE REPORT, DEFAMATION
OF CHARATOR, MENTAL ANGUISH
HOSTALE ENVIRONMENT IN PUBLICK
ENVIRONMET IN VA HOSPITAL CAFETER

1. The Court has jurisdiction over the Defendant.

2. Plaintiff says the defendant is indebted to the plaintiff as follows:
DEFENANT, ANGELYN MCCRORY KNOWINGLY GAVE completely FALSE POLICE
REPORT TO DEFENDAT, Mr. DONALD BARNES, ACTING CHEF OF VA POLICE
AT VA HOSPITAL ON CLAIRMONT ROAD, DECATUR, GA. Mr. DONALD BARNES APPROACH
PLAINTIFF, WITH OUT IDENTIFING HIMSELF IN PLAIN CLOTHING IN VA HOSPITAL
CAFETERIA ON AUGUST ?, 2025 BY FOLLOWING PLAINTIFF TO HIS SETTING LOCATION WHEN
ASKED BY PLAINTIFF, "TO PLEASE LEAVE HIM ALONE", AGAIN WITHOUT IDENTIFING
HIMSELF WHICH ALMOST CAUSE PLAINTIFF TO HAVE BECOME DEFENSIVE WITH
MENTAL ANGUISH THAT WAS CAUSE IN PART BY MR. ANGELYN MCCRORY. EXHIBIT,
ATTACHE

Cost: 54    Service Fee: 70.00

That said claim is in the amount of $ 15,000 plus $ 124.00 cost to date; and all future costs of this suit.

State of Georgia, DeKalb County:
FREDDIE L. ANDERSON being duly sworn on oath, says the foregoing is a just and true statement of the plaintiff and claim made by plaintiff against defendant, exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me
this 1st day of December, 25.

_____
Notary Public or Attesting Officer
B. Smith

_____
(Agent for) Plaintiff
ANDERSONF2020 @ YAHOO.COM
(if agent , title/capacity)
404-823-0251
Phone Number

☐ Afternoon Trial    ☐ Evening Trial

---

### NOTICE OF SUMMONS

TO    ANGELYN MCCRORYL
Mr. DONALD BARNES

You are hereby, notified that FREDDIE L. ANDERSON has made and filed a claim and is asking for judgement against you in the sum of $15,000 dollars ($ 15,000 ), as shown by the foregoing statement. YOU ARE REQUIRED TO FILE AN ANSWER TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. FILE YOUR ANSWER, 2ND FLOOR, SUITE 230, ADMINISTRATIVE TOWER, DEKALB COUNTY COURTHOUSE, 556 N. McDONOUGH STREET, DECATUR, GEORGIA 30030.

The court will hold a hearing upon this claim at a time to be set after your answer is filed. If you have witnesses, book receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing. If you wish to have witnesses summoned, see the court at once for assistance.

If you have any claim against the plaintiff, you should notify the court at once. If you admit the claim, but desire additional time to pay, you must come to the hearing in person and state the circumstances to the court.
You may come with or without an attorney.

By: _____ B. Smith
Deputy Clerk
Magistrate Court, Dekalb County

statementofclaim3/2024

LETTER OF RECOMMENDATION FOR TERMINATION OF MS. Angelyn J. McCrory, VETERAN
EXPERIENCE OFFICE, ATLANTA VA HEALTH CARE MEDICAL CENTER, 1670 CLAIRMONT
ROAD, DECATUR, GA 3003

TO. DIRECTOR, Dr. David M. Walker, Network Director, VISN 07,
         3700 Crestwood Parkway, Suite 500, DULUTH, GA 30096

COPY TO. DIRECTOR, Mr. KAI MENTZER, VA ATLANTA HEATH CARE, MEDICAL CENTER
DIRECTOR, 1670 CLAIRMONT ROAD, DECATUR, GA 30003

FROM, Mr. Freddie L. Anderson, U.S. Retired, OPM, Civil Service, GS, Retired.
         1438 Greenridge Trail, Lithonia, GA 30058
         Email, andersonf2002@yahoo.com
         Phone number, 404-823-2251, mobile.

Director, Dr. David M. Walker, it's with great sadness that I'm requesting this letter of
recommendation for termination of Ms. Angelyn J. McCorory, VETERAN EXPERIENCE
OFFICE, ATALANTA VA HEALTH CARE MEDICAL CENTER for one of your employees that
works with-in VISN 07 network. I have attached many documents and emails that support
this letter of recommendation for the termination of Ms. Angelyn J. McCrory, VETERAN
EXPERIENCE OFFICE, ATLANTA VA HEALTH CARE MEDICAL CENTER, 1670 CLAIRMONT
ROAD, DECATUR, GA 30033. Please read the complete attached documents and emails to
further support this recommendation of termination from Ms. Angelyn J. McCorory,
VETERAN EXPERIENCE OFFICE, ATALANTA VA HEALTH CARE MEDICAL CENTER, current
official position, due to her criminal and deliberate harm to me personally, and other
veterans in her official position in the VETERAN EXPERIENCE OFFICE, ATALANTA VA
HEALTH CARE MEDICAL CENTER, 1670 CLAIRMONT ROAD, DECATUR, GA 30033. Please
feel free to call, email, or write me if you have any questions or concerns of this unusual
request of this LETTER OF RECOMMENDATION FOR TERMINATION OF MS. Angelyn J.
McCrory, VETERAN EXPERIENCE OFFICE, ATLANTA VA HEALTH CARE MEDICAL CENTER,
1670 CLAIRMONT ROAD, DECATUR, GA 30033.

Thank you for your time, support, and consideration of this request, Dr. David M. Walker,
NETWORK DIRECTOR, VISN 07.

SIGNED. FREDDIE L. ANDERSON, U.S. ARMY, RETIRED.          DATED. NOVEMBER 17, 2025



**DEPARTMENT OF VETERANS AFFAIRS**
**Atlanta VA Health Care System**
1670 Clairmont Road
Decatur, GA 30033
www.va.gov/atlanta-health-care/

In Reply Refer To: 508/VEO

Mr. Freddie L. Anderson
14387 Greenridge Trail
Lithonia, GA 30058-2204

Dear Mr. Anderson:

I am in receipt of your email requesting I take three actions related to a negative experience you encountered with a member of our Veteran Experience Office staff in 2023 involving the VA Police Service. As I shared with you on November 5, 2025, your privacy is important to me. As email is not a secure form of communication, I am responding via letter. The first request is that I review your Congressional correspondence from 2023, the second is I terminate an employee and the third is that we meet to discuss this encounter. I apologize for your experience.

I have reviewed the Congressional correspondence which is primarily related to requests for mental health care. I'm pleased to read those have been resolved and you remain active through the Community Care program.

In response to your request that I terminate an employee for the role in this 2023 encounter, the privacy of our Veterans and employees is important to us. Unfortunately, I cannot discuss any personnel actions with you but as I indicated in my initial response, I regret you've had a negative experience and I appreciate you bringing it to my attention.

The third request is to have a meeting to discuss the encounter prior to you filing a civil lawsuit. Because I was not employed by the Atlanta VA at the time of the encounter, it would not be prudent of me to discuss as there is no additional information I can provide. However, to ensure you do not have to engage with the employee identified, you were assigned a single point of contact in the Veteran Experience Office for all healthcare related issues that cannot be resolved at the point of service. Mr. Mark Jenkins stands by willing and able to assist with current healthcare concerns. I'm happy to learn there are no active issues with your healthcare.

Thank you for choosing the Atlanta VA Health Care System for your healthcare needs.

Sincerely,

Amy Whitaker, LCSW, CPXP
Atlanta VA Health Care System

EXHIBIT 1 pag(1 OF 3)

SWORN STATEMENT FROM:

MR. FREDDIE LEE ANDERSON, Plaintiff, vs. Director, VA Hospital, Atlanta, U.S. Department of Veterans Affairs, Defendant.

To: U.S. SENATOR FROM GEORGIA, HONERABLE, MR. JON OSSOFF

To: WHOM IT MAY CONCEREN, CHIEF OF POLICE, VA POLICE, MR. DONALD BARNES


I, Freddie Lee Anderson, do officially make this sworn statement in support of the what has taken place and caused me personally a great deal of unnecessary stressors and illegal practice for a 100 Percent Permanent and Total Mentally Disabled Veteran. To my knowledge, that needs to be investigated – fully, is Ms. Angelyn J. McCrory, Patient Representative Veterans Experience Office, Direct SUPERVISOR/Manager, and or a member of her staff, personally have use their position of authority to personally hurt, harm, and used illegal lies told directly to the Chief of VA Police, Mr. Donald Barnes, via telephone and or in person, about me and other Veterans that are receiving Medical/ Physical and Mental at the Atlanta, VA Hospital, located in Decatur, Georgia, 1670 Clairmont Road, Decatur, Georgia 30033.

This is a direct violation and breach of Oath of Office, on behalf of, Ms. Angellyn J. McCrory to the fullest extent of her duty to uphold her duty as a Department of Veterans Affairs Employee, but worst, this person is a Supervisor/Manager of Department of Veterans Affairs Employees. Ms. Angelyn J. McCrory, Supervisor/Manager and any other member of her staff that has been found of any wrong and illegal behavior after a full investigation, should be immediately Terminated and removed from their official position at the Atlanta Department of Veterans Affairs Hospital. These types of personal do direct harm to not uphold the oath of their office and employment position and should in-turn be immediately terminated and removed from their employment at the Atlanta VA Hospital.

I was approached by, I know now, but did not know at the time, the Chief of VA Police, Mr. Donald Barnes, in the cafeteria on Tuesday, August 5, 2025 at about 8:45 AM or so in the morning. I was totally against this black man, that I did not know who the war at all and just wanted them to leave me alone completely. I think it would have been appropriated for him to first tell me who is first, but that didn't happen at all. Also, it would have been professional to ask one of his offices to ask to come to his office, after I finish my breakfast, and talk about what was on mind and why he needs to talk to me at all. I was already extremely depressed and frustrated, I was not in any mind space and all to talk to anyone about anything at all.

After I seen the Police Bage on his right-side belt, I agreed to listed to him and hear him out. Mr. Donald Barnes had and envelope in his right hand that had about three pictures of me after I

*EXHIBIT 1 page(2 OF 3)*

presented a Certificate of Appreciation award to Ms. Sharon Cox, I notice that there was a picture of me and Ms. Sharon Cox, taken by and with Mr. Marshall Reid camera. I also noticed that Mr. Marshall Reaid took a picture of me only without Ms. Jennifer Tagoe in the picture, or it was on purpose removed by someone. I though that was very odd that Mr. Marshall Reid would take a picture of me only, when I had presented a Certificate of Appreciation to Mr. Jennifer Tagoe as with her and Ms. Sharon Cox at the same time. The three printed out in Black and white pictures all was taken by Mr. Marshall Reid and, to my knowledge, all given to the Chief of VA Police, Mr. Donald Barnes, by either Ms. Angelyn J. McCrory, Mr. Marshall Reid, or a member of Ms. Angelyn J. McCrory team. Mr. Donld Barnes can fully answer where he got all the pictures from and who, by full name, has made of illegal and official police report against me.

Mr. Donald Barnes, told me that Ms. Angelyn J. McCrory or a male member of her team or stall did a police report to Mr. Donald Barnes, "I, Freddie Lee Anderson, "WAS STALKING Ms. Angelyn J. McCrory in the VA Hospital". I told Mr. Donald Barnes, "THAT IS NOT TURE AT ALL". I do not go around stalking anyone at all, and definitely did not Stalk Ms. Angelyn J. McCrory in any way wat so ever. I believe, in my mind, that Ms. Angelyn J. McCrory is personally, with the help of her staff/team members, retaliation against me personally, because I had to take out an official complaint to Senator Jon Ossoff office directly about her misconduct and not fulfilling her office and the official duty title that she holds and violating her oath of office completely, not tying to help me as a 100 percent Veteran, but doing the opposite, Violate her oath off office, and hold a personal vendetta to use her office to personally degrade, harm and stress Mr. Freddie Lee Anderson to a point of needing addition Mental Health Care for his already Severe Mental Health Service- Connected Mental Health Disorders, PTSD, DPRESSION, BI-POLOR DISORDER, etc..

As a result of the illegal conduct and misconduct that ahs be reported directly to Chief of VA Police, Mr. Donal Barnes, on behalf of Ms. Angelyn J. McCrory and any other members of her stall/team that are involved in ant mis-conduct or illegal behavior at all in anyway, should be immediate, terminated from the Department of Veterans Affairs Health Care System, I will be officially starting the process to Formally to out Legal LAWSUIT against the Department of the Veterans Affairs, Director, Atlanta Veterans Affairs Hospital in the near future while this misconduct id fully being investigated to the full extent of the Federal and State Law.

Mr. Donald Barnes, Chief of Police can fully testify of names, official police complaints against me, his thoughts and personal things he has whiteness and with talking to me personally, all need s to be fully investigated to the fullness of the Federal law. To my knowledge, if is a FEDERAL CRIME TO GIVE A FALSE STATEMENT or POICE REPORT to any official LAW POILCE Officer and any Law enforcement, however, that is what has happened to me personally by Ms. Angelyn J. McCrory and her staff or team members at her direction.

EXHIBIT 1 page (3 OF 3)

Signed:   Freddie Lee Anderson, U.S. ARMY, MSG, Retired.          Dated: August 7, 2025

*EXHIBIT 2 page (1 OF 2)*



# JON OSSOFF

### U.S. SENATOR FROM GEORGIA

**Release and Authorization Form**

Complete and return this form to the Office of Senator Jon Ossoff so that we can assist you in the matter described below.
Pursuant to the Privacy Act of 1974, our office cannot assist individuals without their express written consent

#### PLEASE PRINT CLEARLY

Full Name: FREDDIE    B    LEE    ANDERSON

Date of Birth: 09 / 09 / 1960        Daytime Telephone: (404)-823-2251

Email: ANDERSONF2002@yahoo.com    Alternate Telephone: _____

Address: 1438 GREENRIDGE TRAIL

City: LITHONIA        GEORGIA    Zip: 30058

*If applicable, please provide the following information :*

Federal Agency Involved: ATLANTA VA HOSPITAL        Social Security #: 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

Veteran Claim #: 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        Student Loan Account #: N/A

Branch of Service: U.S. ARMY        Mortgage Servicer: N/A

State Dept. Case #: _____        Mortgage Loan #: N/A

**Nature of Problem:** Please provide a written description below regarding the nature of your problem and the assistance you are seeking. Providing as much detail as possible will improve our ability to assist you.

Please read ATTACHED FULL COMPLAINT OF RETALIATION FROM ATLANTA VA HOSPITAL, SUPERVISION/MANAGER MS. ANGELYN J. McCRORY AND ALL STAFF AND TEAM MEMBERS INVOLVED WITH MISCONDUCTED BY GIVEN FALSE STATEMENT TO CHIEF OF POLICE, MR. DONALD BARES "Mr. ANDERSON" "IS STALKING ME" THAT IS NOT TRUE AT ALL" Mr ANDERSON "IS VIOLATING SMOTHING BY GIVING OUT CERTILIDATES OF APPRECIATION" TO WORKER AT THE VA HOSPITAL, AT

By signing below I am requesting and authorizing the Office of U.S. Senator Jon Ossoff to intercede on my behalf, including the right to review all appropriate documentation that he or his staff deems necessary in connection with the application for assistance or any other action I have pending with the agency named above. I understand that any documents I provide to Senator Jon Ossoff or his staff may be copied and forwarded to officials of the agency listed above for review. I acknowledge that the information I provide is complete and truthful.

I hereby authorize the Office of Senator Jon Ossoff to act on my behalf with any federal agency relevant to the matter described above, and therefore waive all rights in the release of any and all related information and records.

Signature: _Freddie L Anderson_        Date: August 7, 2025

Please return the original, complete, and signed form by:

U.S. Mail:        Email:        Fax:

271 17th Street NW, Suite 1510        CaseworkTeam@ossoff.senate.gov        (202) 228-6899

*EXHIBIT 2 page (2 OF2)*

Privacy Release Form (Office of Sen. Ossoff)

From: Office of U.S. Senator Jon Ossoff (casework@ossoff.senate.gov)

To:    andersonf2002@yahoo.com

Date:  Wednesday, August 6, 2025 at 02:57 PM EDT

**JON OSSOFF**
GEORGIA



317 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510
(202) 224-3521

# United States Senate
**WASHINGTON, DC 20510–1011**

August 6, 2025

Mr. Freddie Anderson
1438 Greenridge Trail
Lithonia, GA 30058-2204

Dear Mr. Anderson,

Thank you for contacting me to request assistance. As your U.S. Senator, it is my honor to assist you with your federal inquiry. Under federal law, however, I am required to obtain your written consent before I or my staff can begin working on your case.

As you may know, the Privacy Act of 1974 prohibits the disclosure of information from the personal records maintained on file by agencies of the Federal Government without the written consent of the individual concerned. The purpose of this Act is to protect the privacy of individuals and ensure that no one may gain access to personal information. You may provide the necessary written consent by completing the Privacy Release Form (PRF) enclosed with this letter.

Once your PRF is completed and signed with a wet signature, please return this to my office:

- By email at CaseworkTeam@ossoff.senate.gov,
- By U.S. mail to 271 17th Street NW, Suite 1510, Atlanta, GA 30363, or
- By fax to (202) 228-6899.

Once your completed and signed form is received, I will contact the appropriate federal agency to begin an inquiry on your behalf.

If you have questions, please don't hesitate to contact my office by phone at (470) 786-7800. I look forward to assisting you.

Sincerely,

Jon Ossoff
United States Senator

Privacy Release Form_(Sen_Jon_Ossoff).pdf
439.5 kB

*EXHIBIT 3 page(1 OF 6)*

Fw: Extremely Unprofessional and Degrading Experience Today and over the last Three Weeks, By your PATIENT AVICATE TEAM AND Ms. Angelyn J. McCrory and Mrs. Emily Hunt-Brown

From: Freddie Anderson (andersonf2002@yahoo.com)

To:    donald.oarnes5@va.gov

Cc:    andersonf2002@yahoo.com; mark.jenkins2@va.gov

Date:  Tuesday, August 5, 2025 at 11:48 AM EDT

Resent emails sent to Senator John Ossoff Team and staff. I will start a retaliation complaint Against the VA Hospital, Director and staff member Ms. Angelyn J. McCrory and her staff that she is using for her personal retaliation against Mr. Freddie Lee Anderson. Is a 100 percent Disabled Veteran that is totally and permanent disabled and mentally disabled able as well 100 percent Disabled. I will start the retaliation complaint today, or as soon as Senator John Ossoff staff team can receive my complaint against the VA Hospital Director and his staff member Ms. Angelyn J. McCrory and Mrs. Emily Hunt -Brown.

Thank you.

Best Regards,

Mr. Freddie Lee Anderson
U. S. Army Retired.
404-823-2251 (m)
Email: andersonf2002@yahoo.com

Yahoo Mail: Search, Organize, Conquer

-— Forwarded Message —
From: "Freddie Anderson" <andersonf2002@yahoo.com>
To: "lovetta.ford@va.gov" <lovetta.ford@va.gov>, "Ann R. Brown" <ann.brown@va.gov>

Sent: Mon, Jul 10, 2023 at 9:21 AM
Subject: Fw: Extremely Unprofessional and Degrading Experience Today and over the last Three Weeks, By your PATIENT AVICATE TEAM AND Ms. Angelyn J. McCrory and Mrs. Emily Hunt-Brown

----- Forwarded Message -----
From: Freddie Anderson <andersonf2002@yahoo.com>
To: caseworkteam@ossoff.Senate.Gov <caseworkteam@ossoff.senate.gov>
Sent: Monday, July 3, 2023 at 11:41:27 AM EDT
Subject: Fw: Extremely Unprofessional and Degrading Experience Today and over the last Three Weeks, By your PATIENT AVICATE TEAM AND Ms. Angelyn J. McCrory and Mrs. Emily Hunt-Brown

Forwarded - For your Action at Atlanta VA Medical Center Hospital, Director Ann R. Brown, or Deputy Director, Lovetta Ford.
Sent to United States Senate. Jon Ossoff's Office - Case Worker Team.

Freddie L. Anderson
404-823-2251 (M)
andersonf2002@yahoo.com

----- Forwarded Message -----
From: Freddie Anderson <andersonf2002@yahoo.com>

*EXHIBIT 3 page (2 OF 6)*

**To:** Ann.Brown@VA.gov <ann.brown@va.gov>
**Sent:** Wednesday, June 21, 2023 at 04:06:38 PM EDT
**Subject:** Extremely Unprofessional and Degrading Experience Today and over the last Three Weeks, By your PATIENT AVICATE TEAM AND Ms. Angelyn J. McCrory and Mrs. Emily Hunt-Brown

Good morning, VA Atlanta, Hospital Director, Ms. Ann Brown,

Director, Ms. Ann Brown, I'm extremely, embarrassed and deeply hurt, that I have been forced to email you about a VA Atlanta Hospital matter that should of been handled at the VA Atlanta Hospital Patient Abacate Team and Level, but it has not been and followed up at all by Ms. Angelyn J. McCorory at all in any way. I came to your office in the VA Hospital, after leaving a Mental Emergency to talk to a Social Worker, on or about Wednesday, June 1,2023 at about 9AM, about a very serious vicious attack I experienced at an ATOZONE by two very bad attackers. I had to be taken to the Grady Hospital Emergency Trauma Center, on Saturday, May 13. 2023. at about 9PM or so. I was very badly attached and was in very bad shape, physically, mentally and emotionally. I stayed in the Grady Hospital Emergency Trauma Center over night until about.
12noon on Sunday, May 14, 2023. I had to request Immediate Physical and Mental Health Care from the VA Atlanta Hospital and the VA Atlanta Clinic in Decatur, GA.

I came to your office on or about Wednesday, June 1, 2023, about 11AM or so. While waiting in your office to try and get on your calendar, if possible, I was introduced to Ms. Angelyn J. McCrory, Chief Veterans Experence Officer. Ms. McCrory said," I KOW YOU", I said " YES, YOU DO KNOW ME FROM VA Heath Eligibility Center (HEC), where we both work there together. I felt uncomfortable sharing my personal information with Ms. Angelyn J. McCrory, because I remember when I worked at the HEC. Ms. Angelyn J. McCrory had made advancements towards me, "LIKE SHE WANTED TO DATE ME", that I rejected at the time. I have no idea, if Ms. Angelyn J. McCrory has something going on in her mind not to be totally professional with her current, job or not, but Ms. Angelyn J. McCrory's lack of action and unprofessionalism is why I had to write you this letter to the VA Atlanta Hospital Director.

Ms. Angelyn J. McCrory told me after our thirty plus minute conversation in her office, while we were at the elevator on the third floor, that "SHE WILL CALL ME SOON AND GIVE ME A STATUS ON MY ISSUES I ADDRESSED TO HER IN HER OFFICE". Over two (2) weeks went by and I did not hear from Ms. Angelyn J. McCrory at all to give me feedback on my case and issues that I explained to her I need help to address and resolve. One of things that hurt me so much as a 100% Disabled Veteran and I worked in this same VA Atlanta Hospital, in the IT Helpdesk Department and the Health Eligibility Center (HEC) for several years, is that; all I needed was a professional call back and an update from Ms. Angelyn J. McCrory, but she refused to call me at all. I even came to your director's office again on Thursday, last week, June 15, 2023. at about 9AM to talk to Ms. Angely J. McCrory about the status about me at the VA Health Care System issues and my case. The receptionist at your Director's Receptionist Desk, dialed Ms. Angelyn J. McCrory's office phone for me, because the extension number she has on her VA business card does not go to her at all and I'm sure she knows that it doesn't, work at all to call her directly. Ms. Angelyn J. McCrory answers the phone, when the receptionist dials her and tells the receptionist to tell me, "I'M IN MEETINGS ALL DAY, ILL CALL HIM BACK LATER TODAY".

I walked away from the area and left the VA Atlanta Hospital, feeling like, I will not get a call from Ms. Angelyn J. McCrory at all today. I waited all day until after 6PM that same evening for a call from Ms. Angelyn J. McCrory, but she never called me at all. I was deeply hurt and disappointed that Ms. Angelyn J. McCrory, Chief, Veterans Experience Officer, HOW IN THE WORLD CAN SHE HAVE A JOB AND TIITLE LIKE THAT, and to be so very unprofessional and disrespectful to Veterans and to me personally. That is one of the worst feelings in my life, especially because Ms. Angelyn J. McCrory was one of my co-workers at the Health Eligibility Center (HEC) many years ago. Ms. Angelyn J. McCrory was extremely unprofessional and definitely out of place, when she said to me, "ALONZO CAMPBELL DIDN'T DO SHIT WHILE HE WORKED AT THE VA ATLANTA HOSPITAL, ALL HE DID IS CARRY AROUND A LABTOP", I thought that Ms. Angelyn J. McCrory language and talking down about a previous IT Co-worker that I had the deepest respect for was very degrading of her, totally unprofessional of her and had nothing to do with me issues with the VA Atlanta Hospital and VA Atlanta Clinic in Decatur. I told Ms. Angelyn J. McCrory that Alonzo Campbell was the person the gave me the Employment Announcement that I applied for and got selected to work at the Health Eligibility Center (HEC) to work in the IT Department as a IT Network Administrator/Engineer. Ms. Angelyn J. McCrory did lie to me when she said she told me that it would take about seven days to let me know something on my issues and cars I addressed with her in her office, but she forgot that over two weeks has pasted already. when she said that in the Receptionist area last week on Friday, 16, 2023 at about 9 AM that morning. Ms. Angelyn J. McCrory tried to clean-up her lies with me-but she cannot clean up her lies because date, times, and facts don't lie. The truth will always be the truth, but you will never tell a lie the same exact way twice ever.

EXHIBIT 3 pyg (3 OF 6)

The third and final time I came to your Directors Office Receptionist Area, we today, Wednesday, June 21, 2023. I came again today, because no one on the Patient Advocate Team, not Ms. Angelyn J. McCorory, Mr. George Haizlip or Ms. Emily Hunt-Brown. did not say or explain that anyone that want to communicate with or get on the VA Atlanta Hospital Directors' Calendar, must communicate with them vis email only. That is why I'm writing you now before going to visit and see my congressman or Senator next with my concerns and issue with my issues with your Patient Advocate Team, lead by Ms. Angelyn J. McCrory, Chief, Veterans Experience Officer, that clearly demonstrated to me and Ms. Emily Hunt-Brown. they do not care about the concerns and Helping Veterans in their current jobs at VA Atlanta Hospital working directly with Veterans in the Patient Advocacy Team and section.at the VA Atalanta Hospital.

Ms. Emily Hunt-Brown invited herself in our one-on-one meeting I was having with Mr. George Haizlip, and I did not want her presents in our meeting at all, but she stayed anyway which was very unprofessional, uncomfortable and disrespectful to me. and the conversation I was having with Mr. George Haizlip, that was the person who came and got me from the Directors' Office Receptionist Area and walk me to his office downstairs so I can give him my complaints and lack of professionalism from Ms. Angelyn J. McCrory, that I be live is his supervisor and for Ms. Emily Hunt-Brown also. Mr. George Haizlip allowed Ms. Emily Hunt-Brown to stay in our meeting against my wishes and directions to him.

Mr. George Haizlip as me to start over and start telling my unprofessional issues about Ms. Angelyn J. McCrory that I personally experienced that has been mentioned already in this email to you.

Ms. Emily Hunt-Brown was very RUDE. Unprofessional and down-right nasty towards me in this meeting that she was not invited and barged her way in. The more Ms. Emily Hunt-Brown listen to me talk and tell what was on my mind about my issues and the unprofessional experience I received from their Supervisor, Ms. Angelyn J. McCrory, she continued to get Extremely ruder and cutting me off talking over and over again and said," to Mr. George Haizlip, " CALL THE POLICE AND GET HIM OUT OFF HERE", I said to Ms. Emily Hunt-Brown and Mr. George Haizlip, " I have done nothing wrong, why are you calling the police", Ms. Emily Hunt-Brown, said," WE JUST NEED YOU OUT OF HERE AND WE SHOULD NOT BE DICKTATING YOU WITH COMPLAINTS ABOUT OUR SUPERVISOR".

I think it was completely unprofessional and wrong for Ms. Emily Hunt-Brown to want to or to tell Mr. George Haizlip to call the police when I was very respectful and had a great conversation with Mr. George Haizlip that was productive and professional, until Ms. Emily Hunt-Brown disrespectfully took over our conversation and told Mr. George Haizlip what to do and when to do it during her whole time in Mr. George Haizlip's office that she was not invited by me at all. Ms. Goerge Haizlip asked me to open his door when she heard a knock-on hid door while he and I was in conference and conversation. Again. I did not welcome Ms. Emily Hunt-Brown into our conversation or meeting at all. I did not want her there with me and Mr. Goerge Haizlip at all whatsoever. I felt very uncomfortable with Ms. Emily Hunt-Brown with us and in my conversation with Mr. Goerge Haizlip. After Ms. Emily Hunt-Brown insist that we end this meeting and call the police, I asked Mr. George Haizlip. "IS THIS MEETING OVER?", Mr. Goerge Haizlip, said "YES". Mr. George Haizlip followed the instructions and unprofessional wishes of Ms. Emily Hunt-Brown, who should have never been in the meeting and conversation at all in the first place and was very much uninvited be me and was very nerve racking and controlling nature. Ms. Emily Hunt-Brown was not at all a good listener, she continues to interrupt me while I'm trying to talk over and over again. Mr. George Haizlip was a much better listener and professional. I just did not approve and want him to allow Ms. Emily Hunt-Brown to dominate a conversation that was unwanted totally by me and I did not approve of at all. Ms. Emily Hunt-Brown should have never interrupted or rudely invited herself and stayed in the room with me and Mr. George Haizlip and our private conversation. I think that that type of behavior of Ms. Emily Hunt-Brown joining me and Mr. George Haizlip our private conversation between him and I. Not Ms. Emily Hunt-Brown taken over our conversation and calling the police on me and ending our conversation. That whole situation was totally unprofessional, wrong and just disrespectful totally

When Ms. Emily Hunt-Brown notice a VA police office outside Mr. George Haizlip's Office door. she ask the VA police to come in and remove me from the Mr. George Haizlip's Office. The VA police officer was extremely professional. and treated me like a real person and was very polite. This VA police office greeted me ask me my name and was so very professional and respectful, that if I ever see that officer again, I will thank him so much for his professionalism and respect for all veterans. This VA police officer deserves a commendation medal. I will try to find this VA police Officer and thank him again for his professionalism. and respect that hi demonstrated at all times. Very good job having VA police officers like this outstanding men on the job at the VA Hospital.

The VA police officer was so pleasant and professional. I just got up and walked out of Mr. Goerge Haizlip's office and talked to this VA police office outside the door of Mr. George Haizlip's office in the hallway. Mr. George Haizlip stayed right there with me and the VA police office while me and this outstanding professional. Officer talked and had a conversation together. However, to Ms. Emily Hunter-Brown I needed to be removed period from the office or maybe in her mind removed from the VA Atlanta Hospital Building altogether. I don't know, but I know, that in my opinion Ms. Angelyn J. McCrory and Ms. Emily Hunt-Brown should not be working directly with our nations Veterans at all

EXHIBIT 3 page (4 OF 6)

anymore. They both have violated their Oath of office and totally has caused another Veteran to experience unnecessary lack of professionalism and care for Veterans around the world and at the VA Atlanta Hospital as the Director of the VA Atlanta Hospital you have an opportunity professionally to make changes where they are needed to help all Veterans that are assigned and passthrough the VA Atlanta Hospital.

In closing, that you so much for your time Ms. Ann Brown and for anything you fell is necessary to make changes within the VA Atlanta Hospital system for all Veterans and Employees.

Thank you again for your time. My name is Freddie Lee Anderson, last four of SSN# 9971, my phone number if you want to call me, you are more than welcome to call me if you like. My number is 404-823-2251 (M), you can reach me hear day or night, its my cell phone number.

Have a blessed and wonder ful day.

Respectfully

Freddie Lee Anderson
1438 Greenridge Trail
Lithonia, GA 30058

Phone: 404-823-2251 (M)
Email: andersonf2002@yahoo.com

Freddie L. Anderson
404-823-2251 (M)
andersonf2002@yahoo.com

*EXHIBIT 3 Page (5 OF 6)*

Fw: Recommendation and Accommodation for Outstanding Job Performance Award to VA
Police OFFICER BENNETT, DAVID

From:  Freddie Anderson (andersonf2002@yahoo.com)

To:    donald.barnes5@va.gov

Cc:    andersonf2002@yahoo.com, mark.jenkins2@va.gov

Date:  Wednesday, August 6, 2025 at 07:32 AM EDT

Good morning, Chief of VA Police, Mr. Donald Barnes.

Per our conversation yesterday, in the VA Hospital Cafeteria, when I was trying to eat breakfast alone and was
approached by you on August 5, 2025, at about 8:45 0r so.

This is the letter that was forwarded and presented to VA Police OFFICER DAVID BENNETT on June 22, 2023, in Chief
of VA Police, Ms. Beverly Banks' Office.

Freddie L. Anderson
404-823-2251 (M)
770-687-2928 (H)
andersonf2002@yahoo.com

----- Forwarded Message -----
**From:** Freddie Anderson <andersonf2002@yahoo.com>
**To:** Beverly.Banks@VA.GOV <Beverly.Banks@VA.GOV>, ann.brown@va.gov <ann.brown@va.gov>;
david.bennett@va.gov <david.bennett@va.gov>
**Sent:** Thursday, June 22, 2023 at 07:43:58 PM EDT
**Subject:** Recommendation and Accommodation for Outstanding Job Performance Award to VA Police OFFICER
BENNETT, DAVID

Good evening, Chief of VA Police, Ms. Beverly Banks.

I'm extremely, proud and delighted to write this letter of Recommendation and Accommodation for Outstanding Job
Performance Award to VA Police OFFICER BENNETT, DAVID. I'm recommending this award to VA Police Officer
Bennett, David for when he was call by Patient Advocate Team Member, Ms. Emily Hunt-Brown, because she wanted
to stop Mr. Freddie Lee Anderson, a 100% Disabled Retired Veteran from making a verbal to written settlement and
complaint to Mr. George Haizlip, a Patient Advocate Team Member, that he was giving his verbal statement to: while
Mr. George Haizlip was typing his statement and complaint in his office. Ms. Emily Hunt-Brown barged her way into
our meeting unwelcomed be me totally. Ms. Emily Hunt-Brown was extremely unprofessional, extremely rude, very
degrading, and constantly cut me off every time while I was trying to give Mr. George Haizlip my verbal complaint,
statement and unprofessional behavior about their Supervisor, Ms. Angelyn J. McCrory. The more I tried to give my
verbal statement and concerns about Ms. Emily Hunt-Brown and Mr. George Haizlip direct Supervisor, Ms. Angelyn J.
McCrory, Chief, Veterans Experience Officer. Ms. Emily Hunt-Brown told Mr. George Haizlip, the meeting is over and
call the police and I want you Mr. Freddie Lee Anderson to leave this office. Ms. Emily Hunt-Brown was not invited in
our conversation with Mr. George Haizlip at all by me, but she come in uninvited by me for sure and did not want and
stop me from giving a statement. about unprofessional behavior from her Supervisor, Ms. Angelyn J. McCrory, Chief,
Veterans Experience Officer. I found out later that Ms. Emily Hunt-Brown was requested to be in the room, maybe by
her Supervisor, Ms. Angelyn J. McCrory to stop the meeting and stop me from giving my verbal complaint, which is so
wrong and unprofessional in every way.

VA Police Officer Bennett, David was extremely police, respectful and extremely professional with the situation at
hand. He defused the situation and made me feel respected and proud to be a veteran. I commend VA Police Officer
Bennett, David for not allowing Ms. Emily Hunt-Brown's unprofessional behavior, and evil nature to try to continue to

EXHIBIT  3 page (6 OF 6)

allow her Supervisor, Ms. Angelyn J. McCrory, Chief, Veterans Experience Officer to continue to protect her and allow unprofessional. behaviors towards the Veterans that pass through or assigned to the VA Atlanta Hospital.

In closing, for VA Police Officer Bennett, David's outstanding job performance and professionalism that should be emulated by all fellow VA Police Officers, I do her request a Recommendation and Accommodation for Outstanding Job Performance Award to VA Police OFFICE BENNETT, DAVID.

A COPY OF THE LETTER AND AWARD RECOMMENDATION WILL BE SENT TO THE VA ATLANTA HOSPITAL DIRECTOR'S EMAIL, DIRECTOR, ANN BROWN.

Thank you for you outstanding job performance VA Police Office Bennett, David

Respectfully,

Signed:

Freddie L. Anderson, U.S. Army, MSG, (Retired)
404-823-2251 (M)
andersonf2002@yahoo.com

EXHIBIT 4 page( of )

# Certificate of Appreciation

This certifies that

### JAMAAL PARKER

in recognition of outstanding service for

EXCEPTIONAL CUSTOMER SERVICE AND LEADERSHIP WHILE WORKING AS A PATIENT
REPRESENTATIVE VETERANS EXPERIENCE OFFICE, ATLANTA VA MEDICAL CENTER.

has been duly selected by the

Committee of Awards to receive this certificate

Given on this day of 1 August

In the year 2025



FREDDIE ANDERSON, U.S. Army, Retired

Signature

U.S. DEPT. of VETERANS AFFAIRS

Signature

Civil Action No. _25M2151 Y_____

Date Filed _DECEMBER 1, 2025_____

Superior Court ☐
State Court ☐
Magistrate Court ☑

Georgia, _DEKALB_____ County

Attorney's Address

⌐ _FREDDIE L. ANDERSON,_
_1438 GREEN RIDGE TRAIL_
_LITHONIA, GA 30058_
L

_FREDDIE L. ANDERSON_

Plaintiff

VS.

Name and Address of Party to be Served

_ANGELYN McCRORY, Room 3A-206 (3rd Floor)_
_A DIRECTOR'S OFFICE, 1670 CLAIRMONT ROAD_
_DECATUR, GA 30033_

_ANGELYN McCRORY_

Defendant

Garnishee

## MARSHAL/SHERIFF'S ENTRY OF SERVICE

**PERSONAL** I have this day served the defendant _Angelyn McCrory_____ personally with a copy of the within action and summons.

**RESIDENCE** ☐ I have this day served the defendant_____ by leaving a copy of the action and summons at (his/her) dwelling house or usual place of abode with a person of suitable age and discretion residing therein; delivered same into the hands of _____ described as follows: age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐ Served the defendant _____ by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant_____ not to be found in the jurisdiction of this Court.

MAGISTRATE COURT OF
_____ COUNTY, GA

2025 DEC -5 AM 8: 01

This _03_ day of _December_____ ,20 _25_.

N. LOBIN #766 @ 1105 hrs
_____
Deputy

SHERIFF DOCKET_____ PAGE_____

marshalservice/2001

Civil Action No. _25M2151 Y_____

Date Filed _DECEMBER 1, 2025_____

Superior Court ☐
State Court ☐
Magistrate Court ☑

Georgia, _DEKALB_____ County

Attorney's Address

FREDDIE L. ANDERSON

┌ FREDDIE L. ANDERSON,
1438 GREEN RIDGE TRAIL
LITHONIA, GA 30058
└

Name and Address of Party to be Served

ANGELYN MCCRORY, Room 3A206 (3rd Floor)
DIRECTOR'S OFFICE, 1670 CLAIRMONT ROAD
DECATUR, GA 30033

Plaintiff

VS.

ANGELYN MCCRORY

Defendant

Garnishee

## MARSHAL/SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☒ I have this day served the defendant Angelyn McCrory _____ personally with a copy of the within action and summons.

**RESIDENCE** ☐ I have this day served the defendant_____ by leaving a copy of the action and summons at (his/her) dwelling house or usual place of abode with a person of suitable age and discretion residing therein; delivered same into the hands of _____ described as follows: age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐ Served the defendant _____ by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant not to be found in the jurisdiction of this Court.

MAGISTRATE COURT OF
_____ NTY, GA
2025 DEC -5 AM 8: 07

This _03_ day of _December_ _20_25_.  N. Lobin #766 @ 1105 hrs
_____
Deputy

SHERIFF DOCKET_____ PAGE_____                        marshalservice/2007

Civil Action No. _25M2151X_____

Date Filed _DECEMBER 1, 2025_ _ _ _

Superior Court ☐
State Court ☐
Magistrate Court ☑

Georgia, _DEKALB_____ County

Attorney's Address

⌐FREDDIE L. ANDERSON,
1438 GREEN RIDGE TRAIL
LITHONIA, GA 30058
L

RECEIVED
:05

D___ __ MARSHAL'S OFFICE

FREDDIE L. ANDERSON
_____ Plaintiff

VS.

Name and Address of Party to be Served

_ANGELYN MCCRORY, Room 3A206 (3RD FLOOR)_

A DIRECTOR'S OFFICE, 1670 CLAIRMONT ROAD

DECATUR, GA 30033

ANGELYN MCCRORY
_____ Defendant

_____ Garnishee

## MARSHAL/SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☒ I have this day served the defendant _Angelyn McCrory_____ personally with a copy of the within action and summons.

**RESIDENCE** ☐ I have this day served the defendant_ _____ by leaving a copy of the action and summons at (his/her) dwelling house or usual place of abode with a person of suitable age and discretion residing therein; delivered same into the hands of _____ described as follows: age, about _____ years; weight, about _____ pounds; height, about _____ feet and _ _ _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐ Served the defendant _ _____ by leaving a copy of the within action and summons with _ _ __ __ _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant_____ not to be found in the jurisdiction of this Court.

MAGISTRATE COURT OF
_____ COUNTY, GA

2025 DEC -5 AM 8: 07

This _03_ day of _December_____ ,20 _25_.

_N. Lobin_ #766 @ 1105 hrs
_____
Deputy

SHERIFF DOCKET_____ PAGE_____

marshalservice/2007

Civil Action No. _25M21518_

Date Filed _DECEMBER 1, 2025_

Superior Court ☐
State Court ☐
Magistrate Court ☑ ✓

Georgia, _DEKALB_ County

Attorney's Address

⌐ FREDDIE L. ANDERSON ,
1438 GREENRIDGE TRAIL
LITHONIA, GA 30058 ⌐

_FREDDIE L. ANDERSON_
Plaintiff

VS.

_DONALD BARNES_

Name and Address of Party to be Served

_DONALD BARNES, Room 6A238A (Ground Floor)_

_1670 CLAIRMONT ROAD_

_DECATUR, GA 30033_

Defendant

Garnishee

## MARSHAL/SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
I have this day served the defendant _Donald Barnes_ personally with a copy of the within action and summons.

**RESIDENCE**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at (his/her) dwelling house or usual place of abode with a person of suitable age and discretion residing therein; delivered same into the hands of _____ described as follows: age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**
☐ Served the defendant _____ by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _03_ day of _December_ , 20 _25_ .    _N. Lubin #766 @ 1110 hrs_
Deputy

FILED IN THIS OFFICE
THIS 5th of December, 2025
Penning-Pipkins, Shirley
Clerk, Magistrate Court, DeKalb County

SHERIFF DOCKET _____ PAGE _____

marshalservice/2007

*AMMENDED*

## MAGISTRATE COURT OF DEKALB COUNTY
### DEKALB COUNTY COURTHOUSE

Case No. _25M21518_

Date Filed: _12/1/25_

PLAINTIFF: _FREDDIE LEE ANDERSON_
_1438 GRENNRIDGE TRAIL_
_LITHONIA, GA 30058_
(Name and Address)

DEFENDANT: _MARK JENKINS_
_1670 CLAIRMONT ROAD, Rm 3A2_
_DECATUR, GA 30033_
(Name and Address)

### STATEMENT OF CLAIM

☐ Suit on a Note    ☐ Suit on Account    ☒ Other (Explain) _FALSE POLICE REPORT, DEFAMATION_
_OF CHARACTER, MENTAL ANGUISH_
_HOSTALE ENVIRONMENT IN PUBLIC_
_ENVIRONMENT IN VA HOSPITAL CAFETERIA_

1. The Court has jurisdiction over the Defendant.

2. Plaintiff says the defendant is indebted to the plaintiff as follows:

_DEFENDANT, ANGELYN MCCRORY KNOWINGLY GAVE COMPLETELY FALSE POLICE_
_REPORT TO DEFENDANT, Mr. DONALD BARNES, ACTING CHIEF OF VA POLICE_
_AT VA HOSPITAL ON CLAIRMONT ROAD, DECATUR, GA. Mr. DONALD BARNES APPROACH_
_PLAINTIFF, WITHOUT IDENTIFYING HIMSELF IN PLAIN CLOTHING IN VA HOSPITAL_
_CAFETERIA ON AUGUST 7, 2025 BY FOLLOWING PLAINTIFF TO HIS SITTING LOCATION WHEN_
_ASKED BY PLAINTIFF "TO PLEASE LEAVE HIM ALONE" AGAIN WITHOUT IDENTIFYING_
_HIMSELF WHICH, ALMOST CAUSE PLAINTIFF TO HAVE BECOME DEFENSIVE WITH_
_MENTAL ANGUISH THAT WAS CAUSE IN PART BY Mr. ANGELYN MCCRORY. EXHIBIT 1_
_ATTACHED_

That said claim is in the amount of $ _15,000_ plus $ _105.00_ cost to date; and all future costs of this suit.

State of Georgia, DeKalb County:

_FREDDIE L. ANDERSON_ being duly sworn on oath, says the foregoing is a just and true statement of the plaintiff and claim made by plaintiff against defendant, exclusive of all set-offs and just grounds of defense.

Cost: _~~150.00~~ 70.00_
Service Fee: _~~30.00~~_
_54_

Sworn and subscribed before me
this _1st_ day of _December_ _25_.

_B. Smith_
Notary Public or Attesting Officer

_Freddie L. Anderson_
(Agent for) Plaintiff
_ANDERSONF2012@YAHOO.COM_
(if agent , title/capacity)
_404-823-9251_
Phone Number

☐ Afternoon Trial    ☐ Evening Trial

### NOTICE OF SUMMONS

TO _MARK JENKINS_

You are hereby notified that _FREDDIE L. ANDERSON_ has made and filed a claim and is asking for judgement against you in the sum of _$15,000_ dollars ($ _15,000_ ), as shown by the foregoing statement. YOU ARE REQUIRED TO FILE AN ANSWER TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. FILE YOUR ANSWER 2ND FLOOR, SUITE 230, ADMINISTRATIVE TOWER, DEKALB COUNTY COURTHOUSE, 556 N. McDONOUGH STREET, DECATUR, GEORGIA 30030.

The court will hold a hearing upon this claim at a time to be set after your answer is filed. If you have witnesses, book receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing. If you wish to have witnesses summoned, see the court at once for assistance.

If you have any claim against the plaintiff, you should notify the court at once. If you admit the claim, but desire additional time to pay, you must come to the hearing in person and state the circumstances to the court.

You may come with or without an attorney.

By: _B. Smith_
Deputy Clerk
Magistrate Court, DeKalb County

t/axcm:entolclbam3/2024

*AMMENDED*

## MAGISTRATE COURT OF DEKALB COUNTY
### DEKALB COURTY COURTHOUSE

Case No. 25M21518   Date Filed: 12/1/25   Service Fee: 70.00   Cost: 54

PLAINTIFF: *FREDDIE LEE ANDERSON*
*1438 GRENNRIDGE TRAIL*
*LITHONIA, GA 30058*
(Name and Address)

DEFENDANT: *MARSHALL REID*
*1670 CLAIRMONT ROAD, RM. 3A406*
*DECATUR, GA 30033*
(Name and Address)

### STATEMENT OF CLAIM

☐ Suit on a Note   ☐ Suit on Account   ☒ Other (Explain) *FALSE POLICE REPORT, DEFAMATION OF CHARATOR, MENTAL ANGUISH HOSTALE ENVIRONMENT IN PUBLIC ENVIRONMET IN VA HOSPITAL CAFETERI*

1. The Court has jurisdiction over the Defendant.

2. Plaintiff says the defendant is indebted to the plaintiff as follows:

*DEFENDANT, ANGELYN McCRORY, KNOWINGLY GAVE COMPLETELY FALSE POLICE REPORT TO DEFENDAT, Mr. DONALD BARNES, ACTING CHIEF OF VA POLICE AT VA HOSPITAL ON CLAIRMONT ROAD, DECATUR, GA, Mr. DONALD BARNES APPROACHER PLAINTIFF, WITH OUT IDENTIFING HIMSELF IN PLAIN CLOTHING IN VA HOSPITAL CAFETERIA on AUGUST 7, 2025 BY FOLLOWING PLAINTIFF TO HIS SETTING LOCATION WHEN ASKED BY PLAINTIFF, "TO PLEASE LEAVE HIM ALONE" AGAIN WITHOUT IDENTIFING HIMSELF WHICH ALMOST CAUSE PLAINTIFF TO HAVE BECOME DEFENSIVE WITH MENTAL ANGUISH THAT WAS CAUSE INPART BY Mr. ANGELYN McCRORY. EXHIBIT I-ATTACHED*

That said claim is in the amount of $ *15,000* plus $ *105.00* cost to date; and all future costs of this suit.

**State of Georgia, DeKalb County:**

*FREDDIE L. ANDERSON* being duly sworn on oath, says the foregoing is a just and true statement of the plaintiff and claim made by plaintiff against defendant, exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me
this *1st* day of *December*, *25*.

_____
*B. Smith*
Notary Public or Attesting Officer

_____
(Agent for) Plaintiff
*ANDERSONFRED52.2 @ YAHOO.COM*
(if agent, title/capacity)
*404-823-8251*
Phone Number

☐ Afternoon Trial   ☐ Evening Trial

### NOTICE OF SUMMONS

TO *MARSHALL REID*

You are hereby notified that *FREDDIE L. ANDERSON* has made and filed a claim and is asking for judgement against you in the sum of *15,000* dollars ($ *15,000* ), as shown by the foregoing statement. YOU ARE REQUIRED TO FILE AN ANSWER TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. FILE YOUR ANSWER, 2ND FLOOR, SUITE 230 ADMINISTRATIVE TOWER, DEKALB COUNTY COURTHOUSE, 556 N. McDONOUGH STREET, DECATUR, GEORGIA 30030.

The court will hold a hearing upon this claim at a time to be set after your answer is filed. If you have witnesses, book receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing. If you wish to have witnesses summoned, see the court at once for assistance.

If you have any claim against the plaintiff, you should notify the court at once. If you admit the claim, but desire additional time to pay, you must come to the hearing in person and state the circumstances to the court.
You may come with or without an attorney.

By: _____
*B. Smith*
Deputy Clerk
Magistrate Court, DeKalb County

statement/claim3/2024

*AMMENDED*

# MAGISTRATE COURT OF DEKALB COUNTY
DEKALB COUNTY COURTHOUSE

PLAINTIFF: *FREDDIE LEE ANDERSON*
*1438 GREENRIDGE TRAIL*
*LITHONIA, GA 30058*
(Name and Address)

DEFENDANT: *WALTER EVANS*
*1670 CLAIRMONT ROAD, AM 3A206*
*DECATUR, GA 30033*
(Name and Address)

Case No. 25M21518
Date Filed: 12/1/25
Cost: Service Fee: 54 ISSUED 70.00

## STATEMENT OF CLAIM

☐ Suit on a Note    ☐ Suit on Account    ☒ Other (Explain) *FALSE POLICE REPORT, DEFAMATION OF CHARATOR, MENTAL ANGUISH HOSTALEMENT/HARMENT IN PUBLIC ENVIRONMET IN VA HOSPITAL CAFETERIA*

1. The Court has jurisdiction over the Defendant.

2. Plaintiff says that the defendant is indebted to the plaintiff as follows:

*DEFENDANT, ANGELYN MCCRORY KNOWINGGE GAVE completely FALSE POLICE REPORT TO, DEFENDAT, Mr. DONALD BARNES, ACTING CHEF OF VA POLICE AT VA HOSPITAL ON CLAIRMONT ROAD, DECATUR, GA, Mr. DONALD BARNES APPROACH PLAINTIFF, WITH SUIT IDENTIFING HIMSELF IN PLAIN CLOTHING IN VA HOSPITAL CAFETERIA on AUGUST 7, 2025 BY FOLLOWING PLAINTIFF TO HIS SETTING LOCATION WHEN ASKED BY PLAINTIFF, "TO PLEASE LEAVE HIM ALONE", AGAIN WITHOUT IDENTIFING HIMSELF WHICH ALMOST CAUSE PLAINTIFF TO HAVE BECOME DEFENSIVE WITH MENTAL ANGUISH THAT WAS CAUSE INPART BY Mrs. ANGELYN MCCRORY. EXHIBIT ATTACHED*

That said claim is in the amount of $ *15,000* plus $ *105.00* cost to date; and all future costs of this suit.

State of Georgia, DeKalb County:

*FREDDIE L. ANDERSON* being duly sworn on oath, says the foregoing is a just and true statement of the plaintiff and claim made by plaintiff against defendant, exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me
this *1st* day of *December* *25*.

*(Notary signature)*
Notary Public or Attesting Officer

*(Agent for) Plaintiff*
*ANDERSONF2020 @ YAHOO.COM*
(If agent , title/capacity)
*404-823-0251*
Phone Number

☐ Afternoon Trial    ☐ Evening Trial

## NOTICE OF SUMMONS

TO *WALTER EVANS*

You are hereby notified that *FREDDIE L. ANDERSON* has made and filed a claim and is asking for judgement against you in the sum of *15,000* dollars ($ *15,000* ), as shown by the foregoing statement. YOU ARE REQUIRED TO FILE AN ANSWER TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. FILE YOUR ANSWER, 2ᴺᴰ FLOOR, SUITE 230, ADMINISTRATIVE TOWER, DEKALB COUNTY COURTHOUSE, 556 N. McDONOUGH STREET, DECATUR, GEORGIA 30030.

The court will hold a hearing upon this claim at a time to be set after your answer is filed. If you have witnesses, book receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing. If you wish to have witnesses summoned, see the court at once for assistance.

If you have any claim against the plaintiff, you should notify the court at once. If you admit the claim, but desire additional time to pay, you must come to the hearing in person and state the circumstances to the court.
You may come with or without an attorney.

By: *(signature)*
Deputy Clerk
Magistrate Court, DeKalb County

statementofclaim3/2024

State and Magistrate Court of DeKalb County
Clerk's Office
556 N. McDonough Street
Administrative Tower, 2nd Floor

Decatur, GA  30030

ATLANTA GA RPDC 302

5 DEC 2025  PM 1 L

US POSTAGE

ZIP 30030
02 7M
0008031514 DEC 05 2025
$ 000.74⁰





 DOB 9/9/1960

Area:ER

Gender:Male



**ANDERSON, FREDDIE LEE**
179529971


PATENT
PENDING
B-3031


GREEN RIDGE TRAIL
40NIA, GA 30058

30058-220438

12/4/25, 2:42 PM                              Print



**Atlanta VA Health Care System**
**1670 Clairmont Road , Decatur , GA 30033**
**404-329-2222**
**Patient: FREDDIE ANDERSON, Date: 12/04/2025 Time: 14:42**

- Create a "safety plan" with your family, caregivers, physician, and mental health professionals. This is a structured plan created to reduce the risk of a suicide attempt and keep you safe.
- Keep all follow-up appointments with your health care providers and therapists, even if you don't feel like going. This is very important!
- Don't make any major decisions until you are feeling better. People thinking about suicide usually have trouble making effective choices. Ask a family member or loved one to sit in on health care provider's appointments and other evaluations. Another perspective is helpful to the health care professionals. It is also helpful for at least two of you to hear what the health care providers have to say.
- Ask your health care provider (or a family member) to help you build supports and connections with mental health professionals, family, friends, and community resources.
- Get some form of exercise at least once a day, as well as sleeping at least 6 to 8 hours at night.
- If you've been prescribed medicine for depression, take it on a regular schedule. Do not change the dose or stop taking the medicine without talking with your health care provider.
- Keep a journal. Writing down your thoughts and feelings helps a lot of people feel better.
- Avoid drinking alcohol. Alcohol is a depressant medicine, making depression even worse.
- Eat healthy foods, even if you are not hungry. Try fruits and vegetables, soups, and drink plenty of fluids.
- Set small goals for yourself. Don't expect to complete major tasks while you are depressed.

**Contact your health care provider as soon as possible if:**
- you are feeling more depressed or are having suicidal thoughts.
- you are not able to sleep.
- you are having side effects from your medications that are bothersome to you.
- you need help in finding a support group or counselor.
- you need help in not using alcohol or street drugs.
- you have any other questions or concerns.

**In a crisis call 911 or The National Suicide Prevention Lifeline at 1-800-273-8255.** (This is a 24-hour, toll-free crisis hotline that links callers to a nearby crisis center.)

**Veterans Crisis Line 1-800-273-8255, then press 1.** You can also use the Veterans Crisis Line online chat. (Both of these resources are free, confidential, and available 24 hours a day, 7 days a week.)

**For other resources about suicide and mental health:**
American Association of Suicidology
www.suicidology.org

American Foundation for Suicide Prevention
1-888-333-AFSP
www.afsp.org

National Alliance on Mental Illness (NAMI)
www.nami.org

© 2000-2025 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.
Page 5 of 6

Print



**Atlanta VA Health Care System**
**1670 Clairmont Road , Decatur , GA 30033**
**404-329-2222**
**Patient: FREDDIE ANDERSON, Date: 12/04/2025 Time: 14:42**

- how your specific brain regulates chemicals and hormones
- genetics
- your life experiences
- your general temperament and how you process stressful information

## What are the signs and symptoms of PTSD?
- severe anxiety
- flashbacks
- hearing or seeing things that aren't really there
- trouble sleeping; vivid nightmares
- uncontrollable thoughts about the terrifying event
- anger or crying outbursts
- self-destructive behaviors, such as using alcohol or drugs
- overwhelming guilt or shame
- problems concentrating; impaired memory
- feeling "numb"
- little interest in other people or activities

## How can PTSD affect my life?
Risks and complications:
Untreated PTSD can interrupt many parts of your life, including relationships, your job, and enjoyment of your daily life. It can also place you at a higher risk of:

- depression
- eating disorders
- alcohol or drug abuse
- thoughts of suicide

What is the usual treatment for PTSD?
Treatment depends on the cause and the extent of your PTSD. The most effective treatments include:

- Cognitive Behavioral Therapy - This type of therapy involves talking with a trained therapist, psychologist, or psychiatrist. Cognitive behavioral therapy can help you change the way you think about yourself and your life experience. It can help you with relationships or problems that you may be facing. It allows you to identify harmful thought patterns and change how you respond to them.
- Antidepressant or antipsychotic medicines - There are many different types of these medicines. Your health care provider will help you find the medicine that works best for you. Some antidepressant medicines don't work right away. Usually it takes a few weeks before enough of the medicine is in your system to make a difference in how you feel.
- Daily exercise
- A support group for people with PTSD

## Please follow these instructions:
- Stay as active as possible. Exercise regularly each day. Start by taking short walks.
- Keep all follow-up appointments with your health care providers and therapists, even if you don't feel like going.
- If you've been prescribed medicine for your depression or anxiety, take it on a regular schedule. Do not change the dose or stop taking the medicine without talking with your health care

© 2000-2025 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.
Page 3 of 6

12/4/25, 2:42 PM                                                    Print



**Atlanta VA Health Care System**
**1670 Clairmont Road , Decatur , GA 30033**
**404-329-2222**
**Patient: FREDDIE ANDERSON, Date: 12/04/2025 Time: 14:42**

## DISCHARGE INSTRUCTIONS

**IMPORTANT:** We examined and treated you today on an emergency basis only. This was not a substitute for, or an effort to provide, complete medical care. In most cases, you must let your healthcare provider check you again. Tell your healthcare provider about any new or lasting problems. We cannot recognize and treat all injuries or illnesses in one Emergency Department visit.

**YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY.** Follow the provided instructions carefully.

### CONTACT INFORMATION:

- **Hospital Information:** Atlanta VA Health Care System - 1670 Clairmont Road 404-329-2222
- **Veterans CRISIS Line:** If you are having thoughts of harming yourself or thoughts of suicide immediately call the Veterans Crisis line at 1-800-273-8255 or 988, then PRESS 1
- **Nurse Advice Line:** Talk with an advice nurse if you have questions about your care or for help in deciding whether you need an urgent or routine appointment. Call 404-321-6111 and ask for the Nurse Advice Line. This is a 24 hours a day, 7 days a week service.



- Managing Your Prescription Refills Online
- Manage Your VA Appointments
- Secure Messaging
- Manage Your Health Records



——————— Enroll at www.myhealth.va.gov ———————

### ADDITIONAL VISIT INFORMATION:

-Follow-up as an outpatient as scheduled
-f/u with PCP as needed
-continue meds as directed

### Special Tests
If you had special tests, such as EKG's or X-rays, they will be reviewed again within 24 hours. You will be contacted if there are any new suggestions.

### FOLLOW UP APPOINTMENT INFORMATION:

© 2000-2025 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.
Page 1 of 6

## Scheduled Appointments for ANDERSON,FREDDIE LEE

*Printed On: 12/4/2025, 4:41:46 PM*

| DATE | CLINIC | CLINIC TIMEZONE | STATUS |
|------|--------|-----------------|--------|
| Dec 31, 2025@2:30 PM | ATL GMH MD 9 | EASTERN | FUTURE |
| Jan 5, 2026@10:30 AM | ATL GMH CM 3 | EASTERN | FUTURE |
| Jan 20, 2026@8:00 AM | ATL URO ATTENDING-2 NEW | EASTERN | FUTURE |
| Apr 13, 2026@7:00 AM | ATL PMR MD3 | EASTERN | CANCELLED BY PATIENT |
| Apr 13, 2026@8:00 AM | AVC PACT MD 9 | EASTERN | FUTURE |
| Apr 16, 2026@7:00 AM | ATL PMR MD3 | EASTERN | FUTURE |
| Jul 15, 2026@7:30 AM | AVC DENTAL HYGIENIST-2 | EASTERN | FUTURE |
| Jul 29, 2026@8:00 AM | ATL OPHTH-SPECIALTY1 | EASTERN | FUTURE |